Ray T. Mullen, Esq., CSB #111852
**LAW OFFICE OF RAY T. MULLEN**
1405 Commercial Way, Suite 130
Bakersfield, California 93309-0626
Tel:        (661) 631-1531
Fax:       (661) 631-2427
E-Mail:    Ray@Raymullen.com

Murray Tragish, Esq., CSB #80759
**LAW OFFICES OF MURRAY TRAGISH**
1405 Commercial Way, Suite 130
Bakersfield, California 93309
Tel: (661) 324-2648
Fax: (661) 324-2654
E-Mail: Murray@Murraytragish.com

Attorneys for Defendants:
Timothy John Hardt and Michelle Rene Hardt

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA,  FRESNO DIVISION

| | |
|---|---|
| **In re** | **District Court Case No.: 1:10-CV-01847-AWI** |
| **TIMOTHY JOHN HARDT AND MICHELLE RENE HARDT** | **BK. Adversary Case No.: 10-01206-A** |
| Debtor(s). | **BK. DC No.: DOL-1** |
| **HILDA SOLIS,** | **Bankruptcy Case No.: 09-62756-A-7** |
| Plaintiff(s), | **ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING** |
| vs. | |
| **TIMOTHY JOHN HARDT AND MICHELLE RENE HARDT** | Old Hearing Date:  November 22, 2010 |
| | New Hearing Date:  December 20, 2010 |
| | Hearing Time:  1:30 P.M. |
| | Courtroom:  2 |
| Defendants. | Judge:  Hon. Anthony W. Ishii |

Defendants: Timothy John Hardt and Michelle Rene Hardt ("Defendants"), by and through their attorney of record, having presented a Joint Stipulation to Continue Hearing,

**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING** - 1

which has been approved and consented to by all parties, and good cause appearing therefore, it is HEREBY ORDERED that the hearing on Plaintiff's Motion for Withdrawal of Reference and Transfer of Venue ("Motion") currently calendared for November 22, 2010, at 1:30 p.m., in Courtroom 2 of the above-entitled Court, shall be, and hereby is, continued to **December 20, 2010**, at the same time and place, as follows: **1:30 p.m**., before the Honorable **Anthony W. Ishii**, U.S. District Court, Eastern District of California, Fresno Division, **Courtroom 2,** located at 2500 Tulare Street, Fresno, California 93721.

It is HEREBY FURTHER ORDERED that the deadline for any response to Plaintiff's Motion shall be continued to the statutory and local rule requirement of fourteen (14) days prior to the new hearing date of December 20, 2010, with any Reply thereto due seven (7) ) days prior to the new hearing date of December 20, 2010; thus, the new date for the filing and service of any Response shall be December 6, 2010, with any Reply due December 13, 2010.

Presented on October __, 2010

By: _____
Ray T. Mullen, Esq.
Law Office of Ray T. Mullen
1405 Commercial Way, Ste. 130
Bakersfield, California 93309
Attorney for Defendants

Approved as to form and content his ____ day of October, 2010

M. PATRICIA SMITH
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

BRUCE L. BROWN
Associate Regional Solicitor, Seattle

DANIELLE L. JABERG
Counsel form, ERISA


By: _____
    EVAN H. NORDBY, ESQ.
    Trial Attorney


Attorneys for Plaintiff
United States Department of Labor

## ORDER

IT IS SO ORDERED.

Dated:  November 2, 2010           _____
                                   CHIEF UNITED STATES DISTRICT JUDGE