1 | Lawrence Brewster, Regional Solicitor
Bruce L. Brown, Associate Regional Solicitor
2 | Evan H. Nordby, Trial Attorney, WSBA #35937
Office of the Solicitor
3 | U.S. Department of Labor
1111 Third Ave., Suite 945
4 | Seattle, WA 98101-3212
Telephone: (206) 553-0940

5

6 | Attorneys for Hilda L. Solis, Secretary of Labor,
United States Department of Labor, Plaintiff

FILED
DEC 6 2010
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re                                                )  District Ct. No. 1:10-CV-01847-AWI
                                                     )
TIMOTHY JOHN HARDT fdba                              )  Bankruptcy No. 09-62756-A-7
HARDEL, INC. fdba JOURNEY                            )
ELECTRICAL TECHNOLOGIES,                             )  Adversary No.: 10-01206-A
INC. fdba THE FITNESS CENTRE,                        )
LLC DELAWARE fdba TRI STATE,                         )  Docket Control No. DOL-1
INC. fdba THE FITNESS CENTRE                         )
LLC CA_101 and MICHELLE RENE                         )  CHAPTER 7
HARDT                                                )
                                                     )
Debtors.                                             )  PROPOSED ORDER APPROVING
                                                     )  JOINT STIPULATION TO
                                                     )  WITHDRAWAL OF REFERENCE
HILDA L. SOLIS, Secretary of Labor,                  )  (RE: MOTION FOR WITHDRAWAL
United States Department of Labor,                   )  OF REFERENCE AND TRANSFER
                                                     )  OF VENUE)
    Plaintiff,                                       )
                                                     )  Hearing Date: December 20, 2010
    vs.                                              )  Hearing Time: 1:30 p.m.
                                                     )  Courtroom: 2
TIMOTHY JOHN HARDT fdba                              )
HARDEL, INC. fdba JOURNEY                            )
ELECTRICAL TECHNOLOGIES,                             )
INC. fdba THE FITNESS CENTRE,                        )
LLC DELAWARE fdba TRI STATE,                         )
INC. fdba THE FITNESS CENTRE                         )
LLC CA_101 and MICHELLE RENE                         )
HARDT,                                               )

Defendants.

PROPOSED ORDER APPROVING
JOINT STIPULATION TO WITHDRAWAL OF REFERENCE
RE: MOTION FOR WITHDRAWAL OF
AND TRANSFER OF VENUE
10-CV-01847-AWI

RECEIVED
November 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003059496

OFFICE OF THE SOLICITOR
U.S. DEPT. OF LABOR
1111 THIRD AVENUE, SUITE 945
SEATTLE, WA 98101
(206) 553-0940

Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor (the "Secretary"), having presented a Joint Stipulation to Withdraw Reference approved by all parties to this action, and good cause therefore appearing, it is hereby ORDERED:

1) that the reference of Adversary Case No. 10-01206-A be withdrawn;

2) that the portion of the Secretary's Motion for Withdrawal of Reference and Transfer of Venue relating to the venue of this matter remain calendared for hearing by this Court on December 20, 2010, at 1:30 p.m. in Courtroom 2, 2500 Tulare Street, Fresno, CA, 93721; and

3) that subject to this Court's decision on the venue of this matter, this matter be assigned to a United States District Judge and calendared for hearing in due course.

Dated this 6th day of December, 2010

_____
UNITED STATES DISTRICT JUDGE

Presented November 4, 2010 by:

M. PATRICIA SMITH
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

BRUCE L. BROWN
Associate Regional Solicitor, Seattle

DANIELLE L. JABERG
Counsel for ERISA

By: /s/ Evan H. Nordby
    EVAN H. NORDBY
    Trial Attorney

Attorneys for Plaintiff
United States Department of Labor

PROPOSED ORDER APPROVING
JOINT STIPULATION TO WITHDRAWAL OF REFERENCE
RE: MOTION FOR WITHDRAWAL OF
REFERENCE AND TRANSFER OF VENUE
- PAGE 2
D. CT. NO. 1:10-CV-01847-AWI

OFFICE OF THE SOLICITOR
U.S. DEPT. OF LABOR
1111 THIRD AVENUE, SUITE 945
SEATTLE, WA 98101
(206) 553-0940

1  Approved as to form this 4th day of
2  November, 2010:

3  By: Ray T. Mullen, Esq. _____
   Ray T. Mullen, Esq.
4  Law Office Of Ray T. Mullen
   1405 Commercial Way, Suite 130
5  Bakersfield, California 93309

6  Murray Tragish, Esq.
7  Law Offices of Murray Tragish
   1405 Commercial Way, Suite 130
8  Bakersfield, California 93309

9  Attorneys for Defendant-Debtors
   Timothy John Hardt
10 and Michelle Rene Hardt

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 PROPOSED ORDER APPROVING
   JOINT STIPULATION TO WITHDRAWAL OF REFERENCE
   RE: MOTION FOR WITHDRAWAL OF
   REFERENCE AND TRANSFER OF VENUE
   - PAGE 3
   D. CT. NO. 1:10-CV-01847-AWI

OFFICE OF THE SOLICITOR
U.S. DEPT. OF LABOR
1111 THIRD AVENUE, SUITE 945
SEATTLE, WA 98101
(206) 553-0940