Lawrence Brewster, Regional Solicitor
Bruce L. Brown, Associate Regional Solicitor
Evan H. Nordby, Trial Attorney, WSBA #35937
Office of the Solicitor
U.S. Department of Labor
1111 Third Ave., Suite 945
Seattle, WA  98101-3212
Telephone:     (206) 553-0940

Attorneys for Hilda L. Solis, Secretary of Labor,
United States Department of Labor, Plaintiff

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re | ) District Ct. No. 1:10-CV-01847-AWI-JLT |
| | ) |
| TIMOTHY JOHN HARDT fdba HARDEL, INC. fdba JOURNEY ELECTRICAL TECHNOLOGIES, INC. fdba THE FITNESS CENTRE, LLC DELAWARE fdba TRI STATE, INC. fdba THE FITNESS CENTRE LLC CA_101 and MICHELLE RENE HARDT | ) Bankruptcy No.  09-62756-A-7 ) ) Adversary No.: 10-01206-A ) ) ) ORDER CONTINUING SCHEDULING ) CONFERENCE ) |
| Debtors. | ) (Doc. 20) ) |
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| TIMOTHY JOHN HARDT fdba HARDEL, INC. fdba JOURNEY ELECTRICAL TECHNOLOGIES, INC. fdba THE FITNESS CENTRE, LLC DELAWARE fdba TRI STATE, INC. fdba THE FITNESS CENTRE LLC CA_101 and MICHELLE RENE HARDT, | ) ) ) ) ) ) ) |
| Defendants. | |

//

//

JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE - PAGE 1
D. CT. NO. 1:10-CV-01847-AWI-JLT

OFFICE OF THE SOLICITOR
U.S. DEPT. OF LABOR
1111 THIRD AVENUE, SUITE 945
SEATTLE, WA 98101
(206) 553-0940

Plaintiff Hilda L. Solis, Secretary, U.S. Department of Labor, and Defendant-Debtors Timothy Hardt and Michelle Rene Hardt jointly move to continue the scheduling conference set in this matter for 9:30 a.m., December 13, 2011, to **10:00 a.m., December 20, 2011**, as follows.

There are four total cases involving the same or similar sets of parties currently pending in this Court. The parties among the cases do not agree as to whether all such cases qualify as "related" within the definition of the Local Rules. The four cases are:

a. This matter, an adversary proceeding known as: <u>Hilda L. Solis v. Timothy Hardt et al.</u>, District Court Case No. 1:10-CV-01847-AWI-JLT;

b. A civil case known as <u>Hilda L. Solis v. Timothy Hardt, Mark Dell Donne, and the Journey Electrical Technologies, Inc. 401(k) Plan</u>, District Court Case No. 1:10-CV-02283-AWI-JLT;

c. An adversary proceeding known as: <u>Mark Dell Donne, Journey Electrical Technologies, Inc., and the Journey Electrical Technologies, Inc. 401(k) Plan v. Timothy Hardt et al.</u>, District Court Case No. 10-CV-02014-AWI-JLT; and

d. A civil case known as <u>Mark Dell Donne, Journey Electrical Technologies, Inc., and the Journey Electrical Technologies, Inc. 401(k) Plan v. Herbert Hardt, L. David Brandon, and Lisa Plank</u>, District Court Case No. 1:10-CV-02341-AWI-JLT.

A scheduling conference in District Court Case No. 10-CV-02014-AWI-JLT is set for 10:00 a.m. on December 20, 2011. As the parties have agreed to coordinate scheduling among the four cases, to conserve the resources of the parties and this Court the parties in Case No. 1:10-CV-01847-AWI-JLT jointly move to continue the December 13, 2011 scheduling conference to 10:00 a.m. on December 20, 2011.

Dated: December 6, 2011

M. PATRICIA SMITH
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE
- PAGE 2
D. CT. NO. 1:10-CV-01847-AWI-JLT

OFFICE OF THE SOLICITOR
U.S. DEPT. OF LABOR
1111 THIRD AVENUE, SUITE 945
SEATTLE, WA 98101
(206) 553-0940

BRUCE L. BROWN
Associate Regional Solicitor, Seattle

DANIELLE L. JABERG
Counsel for ERISA

By: /s/ Evan H. Nordby_____
    EVAN H. NORDBY
    Trial Attorney

Attorneys for Plaintiff
United States Department of Labor

Approved this 6th day of December, 2011:

By: _____
Ray T. Mullen, Esq.
Law Office Of Ray T. Mullen
1405 Commercial Way, Suite 130
Bakersfield, California 93309

Murray Tragish, Esq.
Law Offices of Murray Tragish
1405 Commercial Way, Suite 130
Bakersfield, California 93309

Attorneys for Defendant-Debtors Timothy John Hardt
and Michelle Rene Hardt

**ORDER**

Good cause appearing, the scheduling conference currently set on December 13, 2011, is continued to December 20, 2011 at 10 a.m.

IT IS SO ORDERED.

Dated: __**December 8, 2011**__        _____/s/ Jennifer L. Thurston_____
                                                    UNITED STATES MAGISTRATE JUDGE

JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE - PAGE 3
D. CT. NO. 1:10-CV-01847-AWI-JLT

OFFICE OF THE SOLICITOR
U.S. DEPT. OF LABOR
1111 THIRD AVENUE, SUITE 945
SEATTLE, WA 98101
(206) 553-0940